RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH THAMES, | CASE NO.: 2:21-cv-00201-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | ECF No. 12 |
| Defendants. | |

Plaintiff, ELIZABETH THAMES, by and through her attorneys, GAZDA & TADAYON, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, HALL JAFFE & CLAYTON, LLP, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this matter be dismissed with prejudice, including any and all claims asserted therein or that could have been

/ / /

/ / /

/ / /

/ / /

PAGE 1 OF 2

asserted therein, with all parties to bear their own attorneys' fees and costs.

Dated: July 23rd, 2021.

HALL JAFFE & CLAYTON, LLP

By: _____
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendant,
*State Farm Mutual Automobile Insurance Company*

Dated: July 22, 2021.

GAZDA & TADAYON

By: _____
LEWIS GAZDA, ESQ.
Nevada Bar No. 4269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
2600 S. Rainbow Blvd., Ste. 200
Las Vegas, Nevada 89146
Attorneys for Plaintiff,
*Elizabeth Thames*

## ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2021